Dismissed and Memorandum Opinion filed July 23, 2009








Dismissed
and Memorandum Opinion filed July 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00223-CV

____________

 

HIGH LITE CARRIBEAN CULTURAL EXCHANGE AND DEVELOPMENT,
Appellant

 

V.

 

CHANCELLORS FAMILY CENTER, Appellee 

 



 

On Appeal from the
County Civil Court No. 2

Harris County,
Texas

Trial Court Cause
No. 897,111-101

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 2, 2008.  On July 9, 2009, the
parties filed a joint agreed motion to dismiss the appeal because all issues
have been settled.  See Tex. R.
App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices Yates and Frost.